# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, and JON BRANDON, Realtor,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CENTRAL OKLAHOMA FAMILY MEDICAL CENTER, INC.<br><br>　　　　Defendant and Third Party Plaintiff,<br><br>v.<br><br>JOURNEY THERAPEUTIC SERVICES, PLLC,<br><br>　　　　Third Party Defendant. | Case No. CIV-13-822-D |

## ORDER ON JOINT MOTION TO REOPEN AND DISMISS

Upon consideration of the parties' Joint Motion to Reopen Case for Purpose of Dismissal [Doc. No. 76], and the United States' Consent to Dismissal [Doc. No. 78], the Court finds that the Motion should be GRANTED. The Court consents to the dismissal, as required by the False Claims Act, 31 U.S.C. § 3730(b)(1), for the reasons stated by the United States.

IT IS THEREFORE ORDERED that the case is reopened for the sole purpose of dismissal; that Plaintiff/Relator's claims are dismissed with prejudice; that Defendant/Third Party Plaintiff's claims are dismissed with prejudice; and that the United States' claims are dismissed without prejudice.

IT IS SO ORDERED this 11th day of March, 2016.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE